**1438** ESTES vs. DENAHY (Twp. Treas., Elk Rapids), 20 M., 349.

To compel respondent to pay to the relator certain moneys

which relator claims were appropriated to the improvement of the Traverse Bay and Houghton State road.

Denied May 10, 1870.

Held, that the act No. 471, Laws of 1867, p. 964, is unconstitutional.